IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-0011-RBJ

AMANDA M. GORDON,

    Plaintiff,

v.

MARRIOTT HOTEL SERVICES, INC,

    Defendant.

---

ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE [DOCKET #45]

---

The Court, having considered the Stipulation For Dismissal With Prejudice [Docket #45], hereby grants the Stipulation. This action is dismissed with prejudice. Each party to pay their own fees and costs.

DATED this 18th day of July, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge